IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | CASE NO. 5:19-cr-741 |
| | ) | |
| Plaintiff | ) | JUDGE LIOI |
| | ) | |
| vs | ) | |
| | ) | **MOTION TO WITHDRAW** |
| MICHAEL HAKIM MORALE | ) | **AS COUNSEL** |
| | ) | |
| Defendant | ) | |

    Now comes counsel for the Defendant, MICHAEL HAKIM MORALE, and, at his client's request, notifies the Court that he has been asked to withdraw as counsel. Counsel agrees and so moves. Further, counsel notifies the Court that there has been no change in client's financial status and therefore asks that new counsel be appointed with all deliberate speed as the Court has set a date for filing of Mr. Morale's Motion to Suppress by February 28, 2020. Present counsel is prepared to transfer discovery to his successor as soon as that person is appointed

    WHEREFORE, counsel asks that this Court withdraw the undersigned as Defendant's counsel and that new counsel be appointed.

                                             Respectfully submitted

                                             /s/ Lawrence L. Delino, Jr.
                                             LAWRENCE L. DELINO, JR.
                                             ATTORNEY FOR DEFENDANT
                                             MICHAEL HAKIM MORALE

                Regis. No. 0024711
                137 South Main Street, Suite 204
                Akron, Ohio  44308
                (330) 535-9330
                ldelinojr@hotmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent to all parties of record by electronic mail by this filing on this 2nd day of February, 2020.

                /s/ Lawrence L. Delino, Jr.
                LAWRENCE L. DELINO, JR.
                ATTORNEY FOR DEFENDANT
                MICHAEL HAKIM MORALE