# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19-cr-741 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MICHAEL HAKIM MORALE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on May 14, 2024. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on November 18, 2024. The defendant admitted to the following violations:

1. Unauthorized Use of Drugs; and
2. Failure to Comply with Treatment / Unknown Whereabouts.

The magistrate judge filed a report and recommendation on November 18, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on December 3, 2024. Present were the following: Assistant United States Attorney David Toepfer, representing

the United States; Attorney Donald Malarcik, Jr., representing the defendant; the defendant Michael Hakim Morale, and United States Probation Officer Ashley Frank.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 10 months, with credit for time served to date. Following defendant's custody term, the defendant will be on supervised release for a period of 2 years with the same terms and conditions as previously ordered by the Court, and with the following additional condition: the defendant is to serve up to 6 months of his term in a Residential Reentry Center (RRC).

Defendant remanded.

**IT IS SO ORDERED**.

Dated: December 3, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**